UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

<u>Northern</u> DIVISION

Michael Kennedy

Plaintiff

RECEIVED

2023 FEB -9 P 4:39

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Civil Action No.: 3:22-CV-00645

State of Alabama
Department of Transportation

Defendant

MOTION for <u>Addition to Complaint</u>

I request to add a page to my complaint. The page consists of what I am asking from the court with a judgement in my favor.

*Michael Kennedy*

(Signature & Date) PRO SE

2308 Nail Court
Phenix City, AL 36869

(Address)

(334) 614-2632

(Phone Number)