IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. KENNEDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:22-cv-645-RAH-JTA ) (WO) |
| STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Before the court is the Motion to Extend Deadline for Amended Complaint and Written Objections filed by Plaintiff Michael A. Kennedy. (Doc. No. 55.) Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. Plaintiff Kennedy's motion for extension of time to file written objections is GRANTED to the extent that the deadline for him to file objections to the February 8, 2024 Recommendation of the Magistrate Judge (Doc. No. 53) is extended to and including **March 4, 2024**.

2. Plaintiff Kennedy's motion for extension of time to file an amended complaint is DENIED as premature.[1]

DONE this 23rd day of February, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] (*See* Doc. No. 53 at 38) ("Kennedy shall file any amended pleading within 14 days *after a ruling by the court on this Recommendation.*) (emphasis added). The Recommendation of the Magistrate Judge has yet to be ruled upon by the District Judge.